**John D. NAGLE, as Commissioner of Immigration for the Port of San Francisco, Appellant, v. YIP TONG SHUN, Appellee.**

No. 6092.

Circuit Court of Appeals, Ninth Circuit.

March 31, 1930.

Before DIETRICH and WILBUR, Circuit Judges, and NORCROSS, District Judge.

PER CURIAM.

Pursuant to motion of counsel for the appellant the appeal herein is dismissed; mandate forthwith.

**In the Matter of W. J. PEARSON, Bankrupt.**

No. 6117.

Circuit Court of Appeals, Ninth Circuit.

April 7, 1930.

Before DIETRICH and WILBUR, Circuit Judges, and NORCROSS, District Judge.

PER CURIAM.

Upon stipulation of counsel for the respective parties, the appeal is dismissed.

**In the Matter of Harry REIMAN and Samuel Licht, Copartners Doing Business under the Firm Name and Style of Strand Silk Mills, Bankrupts; George Wolf, Appellant, William C. Hecht, Jr., Trustee-Appellee.**

No. 220.

Circuit Court of Appeals, Second Circuit.

Feb. 17, 1930.

George Wolf, of New York City (David V. Cahill, of New York City, of counsel), for appellant.

Benjamin Siegel, of New York City, for trustee-appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order affirmed.

**William ROSE, Appellant, v. UNITED STATES of America.**

No. 8369.

Circuit Court of Appeals, Eighth Circuit.

Feb. 14, 1930.

Frank C. Yates, of Omaha, Neb., for appellant.

James C. Kinsler, U. S. Atty., of Omaha, Neb.

PER CURIAM.

Appeal dismissed without costs to either party in this court for failure to print record on or before January 25, 1930, in compliance with order of November 22, 1929.